UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

In Re: JOHN WESLEY HANVEY AND
VICKIE PAMELA HANVEY

§ Case No: 11-41894
§ Chapter 13

Debtor(s).

## TRUSTEE'S OBJECTION TO CLAIM

Comes now, Linda B. Gore, Trustee in this Chapter 13 case, and objects to Claim #10 filed by HSBC BANK NEVADA NA in the amount of $9753.22 ON THE GROUND THAT SAID CLAIM IS EXCESSIVE AND ADMIT $0 DUE TO THE BINDING EFFECT OF THE CONFIRMED PLAN.

Respectfully submitted on the ___ day of _____, 2011.

LINDA B. GORE, ESQUIRE
CHAPTER 13 STANDING TRUSTEE
P. O. Box 1338
Gadsden, Alabama 35902-1338
(256) 546-9262

## CERTIFICATE OF SERVICE

I, Linda B, Gore, hereby certify that the above document has, on this day, been filed with the court and that immediate electronic service has been provided to THOMAS SEMMES, Esq., ( semmes@cableone.net )the attorney for the debtor (s) and that I have mailed by U.S. Postal Service a copy to HSBC BANK NEVADA NA at c/o BASS & ASSOCIATES P C 3936 E. FT. LOWELL ROAD SUITE 200 TUCSON AZ 85712 which is the address provided on the proof of claim where notices shall be provided and to RITA TORRES at c/o BASS & ASSOCIATES PC 3936 E. FT. LOWELL ROAD SUITE 200 TUCSON AZ 85712 who is the agent authorized to receive service of process, on this the ___ day of _____ 2011.

## NOTICE AND OPPORTUNITY FOR HEARING

An Order sustaining said Objection may be entered by the Court at the expiration of 30 days from the date of this notice unless said Creditor files a response and request for a hearing with the Court within that time.

LINDA B. GORE, TRUSTEE